UNITED STATES of America, Plaintiff-Appellee,

v.

Frank PANNULLO Defendant-Appellant.

No. 17-13194
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(January 29, 2018)

Linda Julin McNamara, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Dane K. Chase, Chase Law Firm, PA, Saint Petersburg, FL, for Defendant-Appellant

Before WILLIAM PRYOR, MARTIN and JILL PRYOR, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *Williams v. United States*, 396 F.3d 1340, 1342 (11th Cir. 2005) (defendant cannot avoid application of an appeal waiver by

recasting a sentencing challenge as an in-effective-assistance-of-counsel claim).